### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| SAID TAWADROS WAHBA TAWADROS, <br><br> Petitioner, <br><br> v. <br><br> CHRISTOPHER BULLOCK, New Orleans Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations, <br><br> Respondent. | No. 2:26-cv-02802-SHL-atc |

### JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner's Petition (ECF No. 1), filed July 3, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition (ECF No. 12), filed July 30, 2026, the Petition is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

July 31, 2026
Date